BERNSTEIN FURNITURE COMPANY, PROSECUTOR-APPELLANT, v. ISABELLA KELLY, RESPONDENT-APPELLEE.

Argued May 27, 1935—Decided October 9, 1935.

For the prosecutor-appellant, *Collins & Corbin, Edward A. Markley* and *Charles W. Broadhurst.*

For the respondent-appellee, *David Roskein* and *John A. Laird.*

PER CURIAM.

The facts of this case are stated in the opinion of Mr. Justice Perskie in the Supreme Court. The case of *Hall* v. *Doremus*, 114 *N. J. L.* 47, therein cited, is in no way essential to the decision. Suffice it to say that an accidental strain of a heart, even though the heart was previously weakened by disease, may be a compensable injury under our statute when, as in this case, the accident arose out of and in the course of the employment.

The judgment is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 11.

*For reversal*—None.